IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







NO. PD-0231-06






EFRAIN ALAMEDA, Appellant



v.



THE STATE OF TEXAS






ON DISCRETIONARY REVIEW OF CASE 02-04-00522-CR OF


THE SECOND COURT OF APPEALS


TARRANT COUNTY






 Womack, J., filed a concurring opinion.



 I join the judgment of the Court and the portions of its opinion that are headed "Admissibility of
the Transcript" and "Cumulation of Sentences."

 For the reasons given in the Presiding Judge's opinion, ante, I agree that the tape recording
was admissible.


Filed: June 27, 2007

Publish.